1

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   JOSE OCASIO,                        1:05-CV-1172 REC LJO HC

13              Petitioner,

14         v.

15   JAMES A. YATES, Warden,

16              Respondent.              ORDER OF TRANSFER

17   _____/

18         Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

19   U.S.C. § 2254 and has paid the filing fee.

20         The petitioner is challenging a conviction from San Joaquin County, which is part of the

21   Sacramento Division of the United States District Court for the Eastern District of California.

22   Therefore, the petition should have been filed in the Sacramento Division.

23         Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper

24   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will

25   be transferred to the Sacramento Division.

26         Good cause appearing, IT IS HEREBY ORDERED that:

27         1.  This action is transferred to the United States District Court for the Eastern District of

28   California sitting in Sacramento; and

1          2.  All future filings shall reference the new Sacramento case number assigned and shall be

2     filed at:

3                                United States District Court
                                 Eastern District of California
4                                501 "I" Street, Suite 4-200
                                 Sacramento, CA 95814
5
      IT IS SO ORDERED.
6
      **Dated:    January 3, 2006**                    _____/s/ Lawrence J. O'Neill_____
7     23ehd0                                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28