IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE OCASIO,

    Petitioner,        No. CIV S-06-0011 GEB DAD P

   vs.

JAMES A. YATES, Warden,

    Respondent.      <u>ORDER</u>

                              /

        Petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of February 6, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 5, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: April 12, 2006.

                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:bb
ocas0011.111