1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE OCASIO,

12            Petitioner,                    2:06-cv-0011-GEB-DAD-P

13        vs.

14   JAMES A. YATES, Warden,

15            Respondent.                     ORDER

16   _____/

17            Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

18   this court's September 24, 2009 denial of his application for a writ of habeas corpus.  Before

19   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

20   Fed. R. App. P. 22(b).

21            A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

22   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

23   § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

24   satisfy the required showing or must state the reasons why such a certificate should not issue.

25   Fed. R. App. P. 22(b).

26   /////

1

1          For the reasons set forth in the magistrate judge's August 19, 2009 findings and

2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional

3  right.  Accordingly, a certificate of appealability should not issue in this action.

4  Dated:  October 28, 2009

5

6  _____
    GARLAND E. BURRELL, JR.
7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26