IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE OCASIO,

      Petitioner,                        No. CIV S-06-0011 GEB DAD P

  vs.

JAMES A. YATES, Warden,

      Respondents.                    <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered on September 24, 2009, and this matter is currently on appeal to the United States Court of Appeals for the Ninth Circuit. On November 23, 2009, petitioner filed a request to proceed in forma pauperis on appeal. The court file reflects that petitioner paid the filing fee for this action.

        Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to appeal in forma pauperis on appeal must file a motion in the district court which:

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

/////

1

1               (B) claims an entitlement to redress; and

2               (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(2).  Petitioner has attached the appropriate affidavit which demonstrates his inability to pay or to give security for fees and costs.  In his October 7, 2009 Notice of Appeal, petitioner claimed entitlement to redress and indicated that he wished to appeal all of the claims addressed in the final judgment.  Petitioner has complied with the requirements of Fed. R. App. P. 24(a).  Accordingly, his request to proceed in forma pauperis on appeal will be granted.

          Good cause appearing, IT IS HEREBY ORDERED that petitioner's November 23, 2009, request to proceed in forma pauperis on appeal is granted.

Dated:  December 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge